Certificate Number: 06531-PAM-DE-038188506

Bankruptcy Case Number: 24-00111



06531-PAM-DE-038188506

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on February 15, 2024, at 6:19 o'clock AM CST, Kelvin L Fulwiley completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 15, 2024        By: /s/Stephanie Kjetland

                               Name: Stephanie Kjetland

                               Title: Credit Counselor